IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LEON SCOTT, JR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO. 2:08-CV-231-J |
| CITY OF AMARILLO, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendant City of Amarillo's *Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted,* filed on April 28, 2009. This motion is DENIED.

IT IS SO ORDERED.

Signed this 15th day of June 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE