IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| LEON SCOTT JR., § | |
|     Plaintiff, § | |
| § | |
| V. § | Case No. 2-08CV-231-J |
| § | |
| THE CITY OF AMARILLO, and § | |
| PETRO STOPPING CENTERS, L.P., § | |
| TRAVELCENTERS OF AMERICA, L.L.C., § | |
| and TA OPERATING, L.L.C., § | |
|     Defendants. § | JURY TRIAL DEMANDED |

## RULE 26(f) CONFERENCE REPORT

TO: THE HONORABLE MARY LOU ROBINSON, U.S. DISTRICT JUDGE:

The parties by personal conference conducted their Rule 26(f) conference on Monday, June 22, 2009, with Lee Ann Reno, Esq. as attorney for TRAVELCENTERS OF AMERICA, L.L.C., and TA OPERATING, L.L.C., as successor by merger to PETRO STOPPING CENTERS, L.P.; Courtney Goodman-Morris, Esq., for THE CITY OF AMARILLO; and Lewis Coppedge, Esq. as attorney for LEON SCOTT. The following is a result of that conference:

1. The parties agree that discussion of settlement of the case is premature at this time. The parties conferred about the nature and basis of Plaintiff's claims and Defendants' defenses.

2. The parties state that Rule 26(a)(1) disclosures have been exchanged in accordance with the Court's order, which was fourteen (14) days following the Rule 26(f) conference (July 6, 2009).

3. After conducting their Rule 26(f) planning conference and before any deadlines specified in the Original Rule 16 Scheduling Order have passed, the parties

mutually request the following changes to the deadlines specified in the Original Rule 16 Scheduling Order:

    a) Joint report setting forth the status of settlement negotiations – **September 25, 2009**;

    b) Completion of discovery – **December 31, 2009**;

    c) Written designation of expert witnesses by parties seeking affirmative relief – **October 1, 2009**;

    d) Rule 26(a)(2) disclosures by parties seeking affirmative relief – **November 2, 2009**;

    e) Written designation of expert witness by parties opposing affirmative relief – **November 2, 2009**;

    f) Rule 26(a)(2) disclosures by parties opposing affirmative relief – **December 1, 2009**;

    g) Motions to join parties – **August 14, 2009**;

    h) Motions to amend pleadings – **December 24, 2009**;

    i) Motions for summary judgment – **January 8, 2010**; and

    j) All other motions except motions in limine – **January 8, 2010**.

4. All other dates and terms not listed above are respectfully requested to remain the same as in the Original Rule 16 Scheduling Order.

5. Also, the parties have mutually agreed to the following additional deadlines:

    a) Initial paper discovery requests exchanged – **June 30, 2009**;

    b) Conduct initial round of depositions – **August 11-13, 2009 and August 17-20, 2009**;

    c) Mediation with Tad Fowler as mediator – **the week of September 14, 2009**.

6. The attorneys are cooperating with each other and believe most issues between them can be resolved without Court intervention.

        Respectfully submitted,

        BURDETT, MORGAN, WILLIAMSON & BOYKIN, L.L.P.
        3423 Soncy, Suite 300
        Amarillo, Texas 79119
        (806) 358-8116 - Telephone
        (806) 358-1901 - Fax

        By: /s/ Lewis Coppedge
            Lewis Coppedge, SBN 04806500
            ATTORNEYS FOR PLAINTIFF

        SPROUSE SHRADER SMITH P.C.
        Mark D. White, SBN 21317900
        Lee Ann Reno, SBN 00791509
        701 S. Taylor, Suite 500
        Amarillo, Texas 79105-5008
        (806) 468-3300 - Telephone
        (806) 373-3454 - Fax

        By: /s/ Lee Ann Reno
            Lee Ann Reno, SBN 00791509
            ATTORNEYS FOR DEFENDANTS, TRAVELCENTERS OF AMERICA, L.L.C., and TA OPERATING, L.L.C., as successor by merger to PETRO STOPPING CENTERS, L.P.

        CITY OF AMARILLO
        CITY ATTORNEY'S OFFICE
        Marcus Norris, SBN 15091300
        Courtney Goodman-Morris, SBN 24040991
        Bryan McWilliams, SBN 24049776
        P.O. Box 1971
        Amarillo, Texas 79105-1971
        (806) 378-3081 - Telephone
        (806) 378-3018 - Fax

        By: /s/ Courtney Goodman-Morris
            Courtney Goodman-Morris, SBN 24040991
            ATTORNEYS FOR DEFENDANT, CITY OF AMARILLO

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served on July 22, 2009 on all parties of record as follows:

Marcus Norris
Courtney Goodman-Morris
City of Amarillo
509 S.E. 7th Avenue
Amarillo, Texas 79105

Lee Ann Reno
Sprouse Shrader Smith P.C.
P.O. Box 15008
Amarillo, Texas 79105-5008

    /s/Lewis Coppedge
Lewis Coppedge